NUMBER 13-06-517-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


LEE M. CAGLE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

____________________________________________________________


On appeal from the 347th District Court of Nueces County, Texas.


____________________________________________________________


MEMORANDUM OPINION





Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam





 Appellant, LEE M. CAGLE, attempts to appeal a conviction for evading arrest or
detention. The trial court has certified that "the defendant has waived the right of
appeal." See Tex. R. App. P. 25.2(a)(2).

 On September 28, 2006, this Court notified appellant's counsel of the trial
court's certification and ordered counsel to: (1) review the record; (2) determine
whether appellant has a right to appeal; and (3) forward to this Court, by letter,
counsel's findings as to whether appellant has a right to appeal, or, alternatively,
advise this Court as to the existence of any amended certification.

 On October 2, 2006, counsel filed a letter brief with this Court. Counsel's
response fails to establish either that the certification currently on file with this Court
is incorrect or that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court's certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is dismissed. Any pending motions are denied as moot.


 PER CURIAM


Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and 

filed this the 12th day of October, 2006.